USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TEAMERS INSURANCE AND ANNUITY  :
ASSOCIATION OF AMERICA,  :
  :
                                         Plaintiff,  :          21-CV-2935 (VEC)
  :
                     -against-  :               ORDER
  :
MATTHEW MALAFA,  :
  :
                                       Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 8, 2021, the parties appeared before the Court for a hearing on Plaintiff's motion for a Temporary Restraining Order;

       WHEREAS on April 8, 2021, the Court entered an Order to Show Cause for an Order for a Preliminary Injunction and Temporary Restraining Order;

       WHEREAS per the Court's order, Defendant must show cause before the Court on April 15, 2021, at 2:30 p.m.; and

       WHEREAS the Court informed the parties that the April 15, 2021 hearing will be conducted as a teleconference;

       IT IS HEREBY ORDERED that the parties are instructed to dial-in to the April 15 hearing using: (888) 363-4749 // Access code: 3121171# // Security code: 2935#.

**SO ORDERED.**

**Date: April 9, 2021**
        **New York, NY**

                                                                       **VALERIE CAPRONI**
                                                               **United States District Judge**